**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CHARLES WILSON,**

    **Plaintiff,**

**vs.**                                    **CASE NO. 5:09CV263-RS/AK**

**WILLIE JONES, et al,**

    **Defendants.**

_____/

**O R D E R**

Plaintiff has filed an incomplete complaint without identifying the location of the Defendants or providing any facts sufficient to determine even what type case this is or whether it is properly filed in this district. Plaintiff is located at Zephyrhills CI, which is in the Middle District of Florida, and he may need to pursue his case in that district. Regardless, he must file another complaint and complete it. Further, he has not filed a motion for leave to proceed in forma pauperis or provided his inmate account information.

Accordingly, it is

**ORDERED:**

The Clerk shall forward to Plaintiff a complaint form, a form motion for leave to proceed IFP, which he shall complete and return on or before August 26, 2009, with inmate account information for the preceding six months.

**DONE AND ORDERED** this 6th day of August, 2009.

                                          _s/ A Kornblum_
                                          **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**