IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES WILSON,

    Plaintiff,

v.          CASE NO. 5:09-cv-00263-RS-AK

KATHLEEN DEKKER, et al.,

    Defendants.

_____/

**O R D E R**

On October 9, 2009, the Magistrate Judge ordered Plaintiff to show cause no later than November 9, 2009, as to why this case should not be dismissed for failure to comply with the Magistrate Judge's order to file amended pleadings (Doc. 9). As of the date of this Order, Plaintiff has failed to respond to the Magistrate Judge's show cause order.

    **IT IS ORDERED:**

    1.    This case is dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

    2.    The Clerk is directed to terminate any pending motions and enter judgment dismissing the case without prejudice.

    3.    The clerk is directed to close the file.

**ORDERED** on May 17, 2010.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**